tion by Edward F. Browning against Meyer L. Sire and others. C. E. Thornall, for appellant. W. L. Stone, Jr., for respondents. No opinion. Order modified, by requiring the defendants to pay all costs of action to date as a condition of permitting them to serve supplemental answer, and, as so modified, affirmed, without costs. Settle order on notice.

BRUDI v. VAN HOUTEN et al. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by William Brudi against Sarah E. Van Houten and others. No opinion. Motion to correct return and supply papers granted, with costs.

BRUFF, Appellant, v. DUNFEE, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by James L. Bruff against Anna Dunfee, etc. No opinion. Judgment and order affirmed, with costs.

BUCKLEY, Appellant, v. ELSTROTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Lena C. Buckley against Frank W. Elstroth and others. No opinion. Judgment and order affirmed, with costs.

BUFFALO LOAN, TRUST & SAFE DEPOSIT CO., Respondent, v. MINGLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Action by the Buffalo Loan, Trust & Safe Deposit Company against Rosa Mingle, as executrix, etc. No opinion. Judgment affirmed, with costs.

In re BUFFALO, L. & R. RY. CO. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) In the matter of the application of the Buffalo, Lockport & Rochester Railway Company for the appointment of commissioners, etc. No opinion. Motion to confirm report of commissioners granted, with costs.

In re BUFFALO & R. TRACTION CO. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) In the matter of the application of the directors of the Buffalo & Rochester Traction Company for an order directing the board of railroad commissioners to issue a certificate of public convenience and a necessity under section 59 of the railroad law (Laws 1892, p. 1395, c. 676). No opinion. Order to show cause, returnable May 23, 1907, granted.

BULLOCK, Appellant, v. TRUSTEES OF DIOCESE OF ALBANY et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Susan T. Bullock against the trustees of the diocese of Albany and others. No opinion. Order reversed, with $10 costs and disbursements, and the same remitted to the judge who made it for resettlement, on the authority of Southack v. Southack, 61 App. Div. 105, 70 N. Y. Supp. 384.

BUNTE, Respondent, v. BUNTE, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Elizabeth Bunte, an infant, etc., against Gerhardt Bunte. A. P. Wagener, for appellant. M. H. Harris, for respondent. No opinion. Order modified, as stated in order, and, as so modified, affirmed, without costs. Order filed.

BURKE v. MANHATTAN RY. CO. et al. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by William J. Burke against the Manhattan Railway Company and others. No opinion. Application for leave to substitute amended points granted.

In re BURNHAM. (Supreme Court, Appellate Division, First Department. June 14, 1907.) In the matter of George Burnham, Jr. No opinion. Motion granted. Order filed.

BURR et al., Respondents, v. CASE, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Joseph A. Burr and others, composing the firm of Burr, Coombs & Wilson against David K. Case. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

BURROWS, Respondent, v. MEAHL, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by Grace Burrows against Henry Meahl. PER CURIAM. Order reversed, with $10 costs and disbursements, and motion for bill of particulars granted, without costs, requiring the plaintiff to furnish a bill of particulars of the place in the city of Buffalo at which, and the name and residence of at least one person in whose presence, it is alleged and will be claimed by plaintiff on the trial the defendant uttered the language and statements complained of.

BUSBY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by William Busby against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

CALLAHAN, Appellant, v. GRAVIUS, Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Frances Callahan against Christopher Gravius. No opinion. Order affirmed, with $10 costs and disbursements.

CAMP, Respondent, v. HASEROT CANNERIES CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 9th, 1907.) Action by Winfield S. Camp against the Haserot Canneries Company. No opinion. Judgment and order affirmed, with costs.